UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,               )
                                        )
          v.                            )              Case  11 CR 518 (CCC)
                                        )
SIN CHING CHANG,                        )
                                        )
          Defendant.                    )

IT IS ORDERED that defendant's travel is restricted to New Jersey and New York, unless otherwise approved by the Department of Probation, and defendant may maintain his current residences in New Jersey and New York.

Date: 1/3/12

_____
CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE